IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| BRANDON JAMES SEYS, | ) |
| Petitioner, | ) No. 23-CV-01004 |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Assistant United States Attorney Liz Dupuich hereby withdraws her appearance as counsel in this case for the Respondent, United States of America.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Liz Dupuich*

LIZ DUPUICH
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Elizabeth.Dupuich@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system. Notification of such filing to the parties or attorneys of record will be via US Mail.

UNITED STATES ATTORNEY

BY: /s/ TVM

cc: Brandon James Seys #17827-029
Williamsburg Federal Correctional Institution
Inmate Mail/Parcels
PO Box 340
Salters, SC 29590